IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIGUE N BASS, IV,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, Official Capacity;<br><br>        Defendant. | **8:24CV353**<br><br>**ORDER** |

Upon review of Plaintiff's motion and attached proposed Third Amended Complaint, Filing No. 24

1. Plaintiff's motion, Filing No. 24, is denied.

2. This case remains closed.

Dated this 12th day of November, 2025.

BY THE COURT:

*[signature]*

John M. Gerrard
Senior United States District Judge